IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ClearDoc, Inc. D/B/A OpenReel,<br><br>                        Plaintiff;<br><br>    v.<br><br>RiversideFM, Inc.,<br>                        Defendant. | Civil Action No. 21-1422-RGA |

ORDER

For the reasons stated in the accompanying memorandum opinion, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (D.I. 29) is GRANTED without prejudice. Plaintiff is GRANTED leave to file an amended complaint so long as it does so within three weeks of this order. Should Plaintiff fail to do so, the Clerk is DIRECTED to close the case.

Entered this 22nd day of February, 2022.

_/s/ Richard G. Andrews_
United States District Judge